**99–1357. State ex rel. Dillon v. Mahoning Cty. Court of Appeals Judges.**

In Mandamus. On motion to dismiss of Mahoning County Court of Appeals Judges. Motion to dismiss

1460

sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.